**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL NO. 3:07CV313
(3:02CR156)**

| | | |
|---|---|---|
| **DEBBIE ZIMMERMAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Respondent's motion for

summary judgment.

In accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir.

1975), Petitioner, who is proceeding *pro se*, is cautioned that she carries a

heavy burden in responding to a motion for summary judgment.  Rule 56(e)

of the Federal Rules of Civil Procedure provides:

> When a motion for summary judgment is made and supported
> as provided in this rule, an adverse party may not rest upon the
> mere allegations or denials of the adverse party's pleading, but
> the adverse party's response, by affidavits or as otherwise
> provided in this rule, must set forth specific facts showing that
> there is a genuine issue for trial.  If the adverse party does not

so respond, summary judgment, if appropriate, shall be entered against the adverse party.

This language means that if the Petitioner has any evidence to offer to show that there is a genuine issue for trial, she must now present it to the Court in a form which would otherwise be admissible at trial, that is, in the form of affidavits or unsworn declarations. An affidavit is a written statement under oath; in other words, a statement prepared in writing and sworn before a notary public. An unsworn statement, made and signed under the penalty of perjury, may also be submitted.

Affidavits or statements must be presented by the Petitioner to this Court within sixty (60) days from service of this Order. As stated by Rule 56(e), Petitioner's failure to respond may result in the action being dismissed by way of summary judgment.

**IT IS, THEREFORE, ORDERED** that the Petitioner is allowed sixty (60) days from service of this Order within which to respond, in accordance with the provisions of Fed. R. Civ. P. 56(e), to Respondent's motion for summary judgment.

3

Signed: December 10, 2007

Lacy H. Thornburg
United States District Judge