# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

## CIVIL NO. 3:07CV313-03-T
## (3:02CR156-1-T)

DEBBIE ZIMMERMAN,          )
         )
        Petitioner,       )
         )
       v.           )       **J U D G M E N T**
         )
UNITED STATES OF AMERICA,   )
         )
        Respondent.     )
_____ )

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is hereby **DISMISSED WITH PREJUDICE.**

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. § 2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

2

Signed: August 26, 2009

Lacy H. Thornburg
United States District Judge